# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD PALMER, JR., | : |
| Plaintiff, | : CIVIL DOCKET NO. 20-cv-1084 |
| vs. | : Honorable Robert D. Mariani |
| BLACK & DECKER (U.S.), INC. d/b/a DEWALT INDUSTRIAL TOOL COMPANY and STANLEY BLACK & DECKER, INC. d/b/a MAC TOOLS, | : Transferred from Eastern District of Pennsylvania - No. 19-6068 : Original Complaint Filed: Dec. 23, 2020 |
| Defendants. | : |

## MOTION TO REQUEST TRIAL DATE

Plaintiff, Donald Palmer Jr., by and through his Attorneys, Wayne A Marvel, Esquire, and Jared B. Shafer, Esquire, respectfully request this Honorable Court to schedule this case for pretrial proceedings and trial.

Respectfully submitted,

**MARON MARVEL BRADLEY ANDERSON & TARDY LLC**

  /s/ *Wayne A. Marvel*
Wayne A. Marvel, Esquire
Attorney I.D. No. 34108
Jared B. Shafer, Esquire
Attorney ID. No. 93229
Three Logan Square
1717 Arch Street, Suite 3710
Philadelphia, PA  19103
(215) 231-7100
*Attorneys for Plaintiff Donald Palmer, Jr.*

Dated: January 19, 2022