## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD PALMER, JR., | : |
| | : CIVIL DOCKET NO. 20-cv-1084 |
| Plaintiff, | : |
| | : |
| vs. | : Honorable Robert D. Mariani |
| | : |
| BLACK & DECKER (U.S.), INC. d/b/a DEWALT INDUSTRIAL TOOL COMPANY and STANLEY BLACK & DECKER, INC. d/b/a MAC TOOLS, | : Transferred from Eastern District of : Pennsylvania - No. 19-6068 : Original Complaint Filed: Dec. 23, 2020 |
| | : |
| Defendants. | : |

### ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Plaintiff, Donald Palmer Jr.'s Motion to Request Trial Date, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**. This matter is set for trial to commence on _____. Pretrial proceeding deadlines will be provided.

SO ORDERED this \_\_\_\_\_ day of _____, 2022.

                                                            **John E. Jones III, Chief Judge**
                                                            **United States District Court**