THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD PALMER, JR., :
:
      Plaintiff, :
:
v. : 3:20-CV-1084
: (JUDGE MARIANI)
BLACK & DECKER (U.S.) INC, :
d/b/a DEWALT INDUSTRIAL :
TOOL COMPANY, et al., :
:
      Defendants. :

## ORDER

**AND NOW, THIS 27TH DAY OF MAY, 2022,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion in Limine to Preclude the Reports and Expert Testimony of Dr. Laurence R. Wolf and Mr. David Sitter (Doc. 65) is **DENIED**.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge