THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD PALMER, JR., | : |
| Plaintiff, | : |
| v. | : 3:20-CV-1084 |
| | : (JUDGE MARIANI) |
| BLACK & DECKER (U.S.) INC, d/b/a DEWALT INDUSTRIAL TOOL COMPANY, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 27TH DAY OF MAY, 2022,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion in Limine to Preclude Plaintiff's Expert Mr. James Glancey (Doc. 57) is **DENIED**.

2. Plaintiff's Motion in Limine to Preclude the Report and Expert Testimony of Mr. David Sitter (Doc. 67) is **DENIED**.

Robert D. Mariani
United States District Judge