THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD PALMER, JR., :
:
        Plaintiff, :
:
v. : 3:20-CV-1084
: (JUDGE MARIANI)
BLACK & DECKER (U.S.) INC, :
d/b/a DEWALT INDUSTRIAL :
TOOL COMPANY, et al., :
:
        Defendants. :

## ORDER

**AND NOW, THIS 31ST DAY OF MAY, 2022,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion in Limine to Preclude Plaintiff's Expert Dr. Guy Fried from Offering Legal Opinions and Usurping the Role of the Jury (Doc. 61) is **DENIED**.

2. Defendants' Motion in Limine to Preclude Plaintiff's Expert Dr. James Glancey from Offering Legal Opinions and Usurping the Role of the Jury (Doc. 63) is **GRANTED IN PART and DENIED IN PART** as set forth in the accompanying memorandum opinion.

Robert D. Mariani
United States District Judge