THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD PALMER, JR., | : |
| Plaintiff, | : |
| v. | : 3:20-CV-1084 |
| | : (JUDGE MARIANI) |
| BLACK & DECKER (U.S.) INC, d/b/a DEWALT INDUSTRIAL TOOL COMPANY, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 31ST DAY OF MAY, 2022,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion in Limine to Strike Plaintiff's Failure to Warn Claims (Doc. 55) is **DENIED**.

_____
Robert D. Mariani
United States District Judge