THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD PALMER, JR., | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:20-CV-1084 |
| | : | (JUDGE MARIANI) |
| BLACK & DECKER (U.S.) INC, | : | |
| d/b/a DEWALT INDUSTRIAL | : | |
| TOOL COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS 2ND DAY OF JUNE, 2022, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendants' Motion in Limine to Deem Government and Industry Standards Admissible (Doc. 59) is **DENIED WITHOUT PREJUDICE**.

_____
Robert D. Mariani
United States District Judge