AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| DONALD PALMER, JR., *Plaintiff* v. BLACK & DECKER (U.S.), INC., d/b/a DEWALT INDUSTRIAL TOOL COMPANY, et al., | Civil Action No.   3:20-CV-1084 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   Judgment is entered in favor of Defendants, Black & Decker (U.S.) Inc., d/b/a DeWalt Industrial Tool Company, et al., and against Plaintiff, Donald Palmer, Jr.

This action was *(check one)*:

X tried by a jury with Judge   Robert D. Mariani   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for   Summary _____ .

Date:   June 9, 2022

*CLERK OF COURT*

/s/ Judith A. Malave, Deputy Clerk

*Signature of Clerk or Deputy Clerk*