# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| DONALD PALMER, JR., )<br>　　　　*Plaintiff* , )<br>　　　v. )<br>BLACK & DECKER (U.S.), INC., d/b/a )<br>DEWALT INDUSTRIAL )<br>TOOL COMPANY, et al., | Civil Action No.　3:20-CV-1084 |

## *AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X  other:   Judgment is entered in favor of Defendants, Black & Decker (U.S.) Inc., d/b/a DeWalt Industrial Tool Company, and *Stanley Black & Decker, Inc., d/b/a MAC Tools*, and against Plaintiff, Donald Palmer, Jr.

This action was *(check one)*:

X  tried by a jury with Judge   Robert D. Mariani   presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____ on a motion for   Summary _____ .

Date:   June 13, 2022

CLERK OF COURT

/s/ Judith A. Malave, Deputy Clerk

*Signature of Clerk or Deputy Clerk*